UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:10-CV-21125-HOEVELER

CDI, INC.,
a Florida Corporation

        Plaintiff,

vs.

MURAD, INC.,
a California Corporation

        Defendant.
_____/

## DECLARATION OF ALVIN OSSIP IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, ALVIN OSSIP, hereby state and declare as follows:

### Professional Experience

1.      I am a marketing research consultant and have conducted or been responsible for thousands of surveys for commercial purposes over the past 50+ years. For the last 26 years I have been an independent marketing research consultant specializing in survey research relating to advertising claims and advertising communication, trademark and trade dress issues.

2.      Prior to being a consultant, I was employed by General Foods Corporation, a major national advertiser, for 23 years and for many years was their Director of Survey Research, responsible for all of the company's surveys in the U.S.

3.      Before working for General Foods, I held senior marketing research positions with another major consumer products advertiser, an advertising agency, and a research firm. In these positions, among other activities, I had involvement in issues relating to advertising claims and advertising communication, selection and evaluation of brand names and package designs.

4.      As an independent consultant I have been heavily involved in designing, conducting and/or evaluating advertising and trademark/trade dress studies for various law firms and advertisers.  In addition, I have reviewed and offered counsel to various major companies about their research procedures.  I have testified at trial as an expert witness in twenty seven cases and my testimony has been accepted by federal courts in eleven different jurisdictions and by the Trademark Trial and Appeals Board.  All of these cases have involved my testimony relating to advertising or trademark issues.

5.      I received an MBA degree in Marketing from New York University and a BBA degree in Marketing Research and Statistics from Baruch College, City University of New York. Over the years, I have been a speaker at research events on topics such as research quality, mall intercept interviewing, and advertising claims research.  Attached hereto (as Appendix #1) is a copy of my resume and a list of cases in which I have testified or been deposed within the past four years.

## Retention By Counsel

6.      Feldman Gale, P.A., counsel for the Plaintiff, CDI, Inc. ("CDI"), asked me to review and comment on a likelihood of confusion study conducted for the Defendant, Murad Inc. ("Murad") by Mr. Kenneth Hollander (the "Hollander Study").   To arrive at the opinions expressed here, I reviewed the Hollander Study, the CDI Amended Complaint, the Declaration of Melinda Wells-DeRocher in Support of Plaintiff's Memorandum in Opposition to Murad's Motion for Summary Judgment, and I searched and reviewed various websites relating to products for acne or blemish relief.

**The Hollander Survey**

7.      In brief, the survey was conducted among males and females within the age range of 14 to 25 who were in households recruited by an Internet interviewing service and who indicated they had bought for themselves within the past 12 months an acne treatment and/or a blemish treatment product and also that they were very or somewhat likely to buy either of these product types within the next 12 months.  The majority of qualified respondents (about 54%) were purchasers of only an acne product in the past twelve month, with most of the remaining respondents (37%) having purchased both an acne product and a blemish product, and the remainder (9%) having purchased only a blemish treatment product.

8.      Three hundred (300) of these respondents then viewed on their computer a print ad for THE DOCTOR BRAND blemish relief product which showed THE DOCTOR BRAND name but did not identify the manufacturer of the product.  They were then asked the following single question: "If you have an opinion, who do you think puts out this product?"  Those with an opinion were then asked, "What makes you think so?"  A matched group of three hundred (300) respondents served as a control and went through the same procedure but with THE DRUGGIST BRAND being substituted for THE DOCTOR BRAND name in the ad.  Neither the Test nor Control group indicated any confusion.

**Overview**

9.      I believe that the Hollander Study sheds no light on the extent of any likelihood of confusion that might exist between the Plaintiff's mark, DR. BRANDT, and the Defendant's mark, THE DOCTOR BRAND, if a consumer interested in acne or blemish treatment products were to view each during their normal shopping processes.  Also, the close phonetic similarity of the marks was not addressed by the study.

3

10.     The Hollander Study design, in which only the junior user's mark is exposed to respondents (often called the "Eveready Format"), is generally only relevant if the senior user's mark is well known since only those aware of the latter's mark have the potential to be confused in this study design.   To my knowledge there is no specific data to estimate awareness of the Plaintiff's DR. BRANDT mark.   However, given the very large and diverse number of specific brand offerings of acne and blemish relief products it is very likely that awareness of the senior user's brand among the specific universe chosen for the Hollander Study is modest at best.   The opportunity to attempt to obtain a measure of awareness of the DR. BRANDT brand name at the end of the study interview was not taken.

11.     In addition, only asking a single specific question, which calls for an obvious answer and provides little, if any, opportunity for a respondent to indicate confusion between the two marks, even if aware of the DR. BRANDT mark, almost guaranteed that no confusion would be shown in this study.

12.     I believe that the study universe was under inclusive by not also interviewing a sample of product category buyers over the age of 25.   It is likely that a meaningful proportion of buyers of blemish treatment products are over 25 as well as some purchasers of acne relief products.

### Exposure Of Only The Junior User's Mark Was Not Appropriate In This Case

13.     The basic approach used in the Hollander Study is exemplified by the Eveready case cited to by Mr. Hollander.[1]   In this case, only a picture of the junior user's product (an Ever-Ready lamp) was exposed to respondents.   This approach is effective in measuring likelihood of confusion only if the senior user's mark or maker is well known (such as was true with Eveready

---

[1] *Union Carbide Corp. v. Ever-Ready Inc.*, 531 F.2d 366, 188 U.S.P.Q. 623 (7th Cir. 1976).

batteries). In such a study design, respondents who are not aware of the senior user's mark or maker, by definition, cannot be confused between the two. A number of lawyers and survey researchers have made published references to this conclusion.[2]

14. The over-the-counter ("OTC") acne and blemish relief market contains a very large number of brand variations with the Plaintiff's brand likely to hold a very small share of that specific market. It is therefore likely that consumer awareness of the Plaintiff's brand among the specific population surveyed (14 to 25 year olds who were mostly acne product buyers) was modest at best. Therefore, those who were not aware of the brand at the time of the interview did not have the potential to be confused. Since no attempt was made to measure the extent of such awareness at the end of the interview the level of likely awareness of the DR. BRANDT mark must come from considering other factors, particularly since the two parties have different views as to how well known the brand is. Information collected by a website (noted herein at footnote 3) may provide some insight into the question, at least as it pertains to acne products.[3]

---

[2] See *The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test*, 83 Trademark Rep. 364, 385 (May-June, 1993) ("An advantage of the Eveready Format ....is that respondents are not given both the junior and senior marks, and thus, only those who already know the senior mark and might actually confuse the two can provide responses that would be regarded as reflecting confusion"); *Likelihood of Confusion Studies and the Straitened Scope of Squirt*, 98 Trademark Rep. 739, 739 ("Over time, th[e Eveready] format has become the gold standard in cases involving strong marks, *i.e.*, in cases where the senior mark is highly accessible (*internally available*) in memory, enhancing the likelihood that it will be cognitively cued by the junior user's mark"); Phyllis J. Welter, Trademark Surveys § 24.03(1)(c) (1999) ("When the open end question ('Who puts out this product?') has been used by a party defending against a mark that is not particularly well-known, it needs to be understood that the unaided recall (*i.e.*, 'top of mind' awareness) of the brand or company name required of this question may significantly underestimate confusion").

[3] A website which collects user reviews of acne products (*i.e.*, acne.org/acne-spot-treatments/reviews/index) lists 331 OTC specific brand offerings. Those brands having the most reviews of their offerings (*e.g.*, Proactiv, Neutrogena, Clean and Clear, Murad, and Clearasil)

**The Single Question Used In The Hollander Study Provided Respondents Little,
If Any, Opportunity To Indicate Confusion Between The Two Marks**

15.     Mr. Hollander refers to using the Everready Format set of questions but he only

asked the first of the two basic questions. The single question he used was essentially the same

as the first question in the Eveready case, namely, "Who do you think puts out this product?"

The expected response to this question is to mention the brand name the respondent has just seen

or, since the manufacturer's name did not appear in the ad, to say they do not know (Mr.

Hollander even noted that respondents were likely to advance reasons for their response that

centered on the obvious, *i.e.*, the name on the product that was shown). In both the test and

control cells, approximately 85% of respondents either named THE DOCTOR BRAND (or THE

DRUGGIST BRAND) or said that they did not know the source of origin. The remainder of the

respondents apparently attempted to guess the maker's name and cited the names of more

generally familiar brands or companies (*e.g.*, Proactiv, Neutrogena, Clean and Clear, and

Johnson & Johnson (who makes Clean and Clear)). The single question used in the Hollander

Study provided respondents little, if any, encouragement to mention that the Plaintiff's and

Defendant's brands came from the same company or that the makers of the product were

associated or affiliated with each other, even if the respondent was aware of the Plaintiff's brand

and was confused.

**The Survey Universe Was Under-Inclusive**

16.     In the original survey conducted in the Eveready case, the first question utilized in

the Hollander Study (*i.e.*, "Who do you think puts out this product?"), resulted in less than 1% of

---

have at least 1000 reviews each. In comparison, the two DR. BRANDT offerings have a total of
10 reviews.

respondents indicating confusion by citing Union Carbide, the maker of the Eveready batteries.[4] In the Eveready survey, the second question in the study provided an opportunity for the respondents to indicate their confusion, *i.e.*, "name any other products put out by the same concern which puts out the lamp shown here." About 55% of respondents indicated they thought the maker of the lamp also made the batteries under the same brand name, which they did not, thus indicating confusion between the two marks. The Hollander Study included no such question.

17.     The Hollander Study was confined to respondents aged 14 to 25 without offering a specific rationale for not including older buyers of either the acne or blemish relief products. To the extent that a meaningful proportion of that category's users may be over 25, the universe selected for the Hollander Study is under inclusive. While I know of no definitive information in regard to the demographics of category buyers, information from several sources may be useful in that regard by indicating that a significant proportion of adults over 25 have skin conditions which make them potential buyers of acne or blemish treatment products: a) CDI believes that because of the pricing of their acne and blemish relief products these products are usually purchased by consumers in their early to mid twenties and older (these buyers would, of course, be potential purchasers of THE DOCTOR BRAND products);[5] b) several testimonials from the website of the licensed distributor of products bearing the THE DOCTOR BRAND name appear to be written by individuals over the age of 25;[6] c) a blog discussing a blemish product bearing

---

[4] It is likely that not many respondents were familiar with Union Carbide, the maker of the Eveready batteries.

[5] *See* Declaration of Melinda Wells-Derocher in Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

[6] *See* copy of the website (boots.com/en/The-Doctor-Brand-Blemish-Relief-Starter-Kit_1110503) containing testimonials for the product is attached hereto as Appendix #2.

THE DOCTOR BRAND name, which was apparently written by a woman in her late twenties;[7] d) an Internet posting by "The Daily Mail" of the UK mentioning a study (without attribution) that indicates "more than half of UK women over 30 struggle with blemishes" and advertised products including THE DOCTOR BRAND;[8] e) although an unrepresentative, convenience sample was used, a survey cited in a Journal of the American Academy of Dermatology Internet posting indicates that a substantial proportion of adults between the ages of 30 and 49 suffer from acne problems;[9] and f) in a UK study of people 25 and older, 54% of women and 40% of men were affected to some degree with acne.[10]

### Relevant Study Approaches Were Available To Measure Likelihood Of Confusion

18.     Other frequently used research approaches to measure likelihood of confusion involve showing respondents both marks at issue, either individually in sequence or among other marks, and asking a series of questions which offer the potential for respondents to indicate their likelihood of being confused or associating the makers of the two brands.  In all such other approaches a suitable control group could be incorporated into the study to attempt to take into account confusion due to non relevant factors.  Given the lack of widespread awareness of the Plaintiff's brand, such approaches may have been more appropriate.

---

[7] *See* copy of blog from website, essjay23x.wordpress.com/2010/08/06/the-doctor-brand, attached hereto as Appendix #3.

[8] *See* copy of article entitled, "Spot of bother: Acne isn't just a problem for teens, more woman are suffering … but help is at hand," attached hereto as Appendix #4.

[9] *See* copy of Internet article entitled "The prevalence of acne in adults 20 years and older," attached hereto as Appendix #5.  The study was conducted with 1013 respondents over 20 years of age who encountered at various sites on a university campus or medical complex.  Among those 30-39 years of age, 35% of women and 20% of men reported having acne.  Among those 40-49, 26% of women and 12% of men reported having acne.

[10] *See* copy of article from livestrong.com entitled, "Acne & Prevalence," attached hereto as Appendix #6.

### The Close Phonetic Similarity Of The Two Brand Names
### Should Also Be Considered

19.     While the test designs noted in paragraph 18 above would be more appropriate to evaluate the likelihood of confusion if someone had viewed the two marks these designs would not measure confusion which might occur due to the very close phonetic similarity of these marks, *i.e.*, DR. BRANDT and THE DOCTOR BRAND.  Such confusion might occur if a user or skin care professional made a verbal recommendation of "Dr. Brandt" and the person receiving the recommendation mistakenly assumed that it was "Doctor Brand" or "Dr. Brand."

20.     If the person receiving such a recommendation were to subsequently see THE DOCTOR BRAND product they might assume it was the product that was previously recommended.  If they were to search the Internet they might also reach that conclusion, depending on the specific search terms they used.  For example, using the current Google search engine, if they entered "doctor brand," the first page of results would show one organic listing for Dr. Brandt and four for "The Doctor Brand" products plus one ad for Dr. Brandt.  If they were to enter "Dr. Brand" as the search term they would get Dr. Brandt listings on page one without any "doctor brand" skin care listings.  However, if the Defendant were to obtain the mark THE DR. BRAND then it is likely that entries for that mark would start to appear on these Google pages.[11]

21.     It is interesting to note that in the Hollander Study, which involved showing an ad for THE DOCTOR BRAND, 20% of the respondents who were tallied as mentioning the correct name, typed in "Doctor Brand" without including a preceding article, "the," and 13% merely mentioned "doctor" or "doctors," further supporting the likelihood of some level of confusion caused by the phonetic similarity of the names.

---

[11] *See* Google pages attached hereto as Appendix #7.  It should be noted that Google search term results can vary over small time intervals and may also differ in different parts of the country.

9

22.    I respectfully reserve the right to amend this declaration in the event additional information becomes available to me.

23.    I have been paid for my services at the rate of $600 an hour.

I declare under penalty of perjury under the laws of the United States that, to the best of my ability to determine, the foregoing is true and correct.

7/26/11

_____
ALVIN OSSIP

Case 1:10-cv-21125-WMH   Document 43-3   Entered on FLSD Docket 07/29/2011   Page 12 of 38

# APPENDIX 1

## AL OSSIP

MARKETING RESEARCH CONSULTING                    11 HOMEWOOD ROAD • HARTSDALE, NY 10530

(914) 682-4782
682-1582
alossip@optonline.net

### Professional Experience

**Jan. 1986- Present**            **Independent Marketing Research Consultant**

Consultant for legally oriented applications of marketing and advertising research
surveys and experimental designs covering:

- trademarks, trade dress issues
- advertising claims substantiation
- advertising communication/perception

Role has ranged from review of ads, packages, names or research studies to design of studies, supervision
of study execution and expert witness testimony for support or challenge.

Retained by many law firms, advertisers, as well as research firms and ad agencies on wide range of
product and service categories. (Includes: food, beverages, tobacco, household products, laundry products,
health & beauty aids, prescription and OTC drugs, autos and automotive products, apparel, fragrances,
appliances, toys, household furnishings, financial products, books and magazines, telecommunications,
advertising media, entertainers, industrial products, retail and service establishments.)

Prepared ad substantiation procedures for several major advertisers. Conducted in-house seminars.

Consulted for survey methodology improvement for various companies.

**1962-1986**            **General Foods Corporation**

- Director, Corporate Services  (Marketing Research Department)

Directed marketing research for corporate areas (Law, Media, Sales, Promotion, Public Affairs, Personnel,
Consumer Center). Served as department methods consultant. Also supervised: Statistical Applications,
Marketing Information Center, MRD training, advertising claims substantiation .

- Director, Survey Research

Directed survey research for all General Foods domestic products. Also supervised: in-house supplier,
methods development, quality control. Devised and administered company's advertising claims
substantiation procedures. Initiated Test Marketing Group.

11

Resume of Al Ossip  (continued)

### General Foods Corporation

- Manager, Division Research

Directed all marketing research activity for: pet foods, cereals, breakfast beverages and foods, frozen foods.

<u>1960-1962</u>                    <u>Foote, Cone & Belding Advertising</u>

Account Research Supervisor for: Contac Cold Capsules (national introduction), Rheingold Beer, Pepsodent Toothpaste.

<u>1956-1960</u>                    <u>CPC Inc.- Best Foods Division</u>

Senior Marketing Research Analyst. Supervised survey research for company's food and laundry products. Supervised store audits, consumer panels, sales analysis and sales forecasting for food and laundry roducts.

### Education

BBA, magna cum laude- Marketing Research & Statistics, Baruch College, City University of New York

MBA, Marketing- New York University

### Other Activities

Speaker – Numerous conferences and seminars for Advertising Research Foundation, Better Business Bureaus, law societies and others.

Instructor          – Previous experience: CASRO Project Director Training Program, General Foods Marketing Research and Product Management Training Programs, Instructor Adelphi University Evening Program.

12

**AL OSSIP**
MARKETING RESEARCH CONSULTING                    11 HOMEWOOD ROAD • HARTSDALE, NY 10530

(914)  682-4782
682-1582

alossip@optonline.net

<u>Cases in which I have testified at trial in the past 4 years (As of 6/11)</u>
(Client underlined)

- <u>American Blinds & Wallpaper</u> v. Google
  USDC Northern District Of California (2007)
  Testimony via report

- Playtex v. <u>Procter & Gamble</u>
  USDC Southern District of New York (2007)

- <u>Tamares Las Vegas Properties</u> v. The El-Ad Group,LTD
  USDC Clark County, Nevada  (2008)

- Rexall Sundown, Inc v. <u>Perrigo Company of South Carolina</u>
  USDC Eastern District of New York (2010)

- <u>Corporacion Habanos</u> v. Guantanamera Cigar Co.
  Trademark Trial and Appeals Board Opposition (2011)


<u>Depositions in past 4 years</u>

- Playtex v. <u>Procter & Gamble</u>
  USDC Southern District of New York (2007)

- <u>Tamares Las Vegas Properties</u> v. The El-Ad Group,LTD
  USDC Clark County, Nevada  (2008)

- Rexall Sundown, Inc v. <u>Perrigo Company of South Carolina</u>
  USDC Eastern District of New York (2008)

- <u>Tokyo Broadcasting Systems Inc</u>. v. American Broadcasting Companies
  USDC Central District of California  (2011)

# APPENDIX 2

The Doctor Brand Blemish Relief Starter Kit - Boots                    Page 1 of 3

You are here: Home › Beauty › Skincare › Regime › Treatments & masks › The Doctor Brand Blemish Relief Starter Kit

# The Doctor Brand Blemish Relief Starter Kit  7818911

☆☆☆☆☆
Read all 6 reviews  |  Write a review

The Doctor Brand Blemish Relief Starter Kit. A simple, comprehensive regimen to help treat and prevent acne and breakouts.

View full product information

Collect 76 points with this purchase

**£19.95**

Quantity 1   🛒 Add                         ONE MOMENT PLEASE,

In stock
Free collection in 2400 stores
Delivery in 3 working days from £2.95
View full delivery information

Add to Favourites   Add to Wishlist       Print this page       Email this page   SHARE       Like     Sign Up to see what your friends like.

## Related Items                           Information and advice

☆☆☆☆☆ (2)      ☆☆☆☆☆ (2)

The Doctor Brand        The Doctor Brand        Beauty Blog                    BootsWebMD.com
Soothing Oil Free       Purifying Cleanser      Read our daily beauty blog     health information
Lotion 50ml             135ml                   for up-to-the-minute news      you can trust
                                                on all things beauty, from     Searching for health
                                                make up and hair tips to       information and don't know
£9.95                   £8.95                   fragrance and men's            where to start? Let us help
                                                product reviews. Find out      you with our fantastic,
50 ML | £19.90 per 100ML   135 ML | £0.07 per 1ML   about new beauty            easy-to-use health and
                                                launches and the latest        wellness site:
                                                celeb beauty trends here.      BootsWebMD.com.

                                                Alex, Kirsty and Meena x

Sorry currently out of   Sorry currently out of
stock                    stock                  Read more                      Read more

### Detailed product information
The Doctor Brand Blemish Relief Starter Kit. A simple, comprehensive regimen to help treat and prevent acne and breakouts. 97% of users had a reduction in blemishes in just 2 weeks.

3 step pack with:
- Purifying Cleanser, 75 ml
- Pore Clearing Gel, 30ml
- Oil-Free Soothing Lotion, 50 ml

The Doctor Brand range is the newest innovation within the market offering a premium, clinically proven proposition at an affordable price point. The Doctor Brand was created by a panel of Doctors drawn from three fields of medicine, together they have developed a comprehensive approach to solving the problem of acne.

• Dermatologist: Expert Doctor in the field of "skin treatment", contributed extensive knowledge of skin histology and how to best address skin disorders

• Endocrinologist: Expert Doctor in the field of "hormonal changes", created balanced formulas to address cause of inflammation at the hormonal level

• Nutritionist: Expert Doctor in the field of "nutrition and healthy diet", provided special guidance with formulating products loaded with antioxidants, essential nutrients and anti-inflammatory ingredients.

Back to top

### Customer reviews

Summary of Customer Ratings & Reviews

☆☆☆☆☆

The Doctor Brand Blemish Relief Starter Kit - Boots

Page 2 of 3

Quality
Value
Application
Appearance

6 out of 6 (83%)
customers would recommend this product.

Please use filters below to refine the types of reviews you want to read:

Star Rating   Quality   Value   Application   Appearance

Age   Gender   Owned Product for   Uses Product

All dep

Sort By

☆☆☆☆☆
**Made skin worse :(**
15 June 2011

Missizz

Quality
Value
Application
Appearance

Tried this as I began to break out during my final year. Skin was a little bumpy and oily. Used this for a few days and saw a little improvement. It is quite a strong formula so I switched between a milder product inbetween usage. But then broke out worse than ever, now I have bumpy skin in places I never had before!! My skin is bumpy all over.. cannot seem to fix it anymore.

I would not recommend this to a friend.

Helpful 2      Unhelpful 0      Report inappropriate content

---

☆☆☆☆☆
**This really works!**
11 April 2011

MAMOFTHREE

Quality
Value
Application
Appearance

After years of spots constantly breaking out on my chin, I read about this in a magazine and it was rated highly, so I decided to give it a try and after a few weeks I would say that I have an 80% improvement in my skin. I am not keen on the smell of this product but I put up with it for the results, think the spots are hormonal but this keeps them under control, highly recommended!

I would recommend this to a friend!

Helpful 0      Unhelpful 1      Report inappropriate content

---

☆☆☆☆☆
**It does what it promises.**
02 March 2011

rovdavies1 from Leicester   Age: 55-65   Gender: Male   Owned Product for: 1-3 months   Uses Product: Every day

The Doctor Brand Blemish Relief Starter Kit – Boots                    Page 3 of 3

Using it twice a day as recommend in the instructions, it has made a noticeable improvement.
Having suffered for 51+ years I wish it had been available when I was a teenager.

I would recommend this to a friend!

Helpful 3      Unhelpful 1      Report inappropriate content

1   2   next

Back to top

### Delivery Information

The item can be delivered to all addresses within the UK, Northern Ireland and to BFPO addresses.

| Delivery option | Cost | Details |
|---|---|---|
| Collect from store | Free* | Collect from store is available from 2400 Boots stores across the UK. Your order will be available to collect from your chosen store in 4 - 5 working days. *Free delivery in a single transaction excluding gift boxing, infant formula, other shops and Boots services (insurance and opticians). |
| Standard | £2.95 or free if you spend over £40 | Usually delivered within 3 working days 8am - 9pm Mon - Fri. *Free delivery on orders over £40 in a single transaction excluding gift boxing, infant formula, other shops and Boots services (insurance and opticians). Orders containing bulky/heavy items or super heavy items are not available for free delivery. Please see details below. **Pre-orders will be delivered within 4 working days after stock arrives in our warehouse. |
| Named day | £3.95 | You can select a named weekday up to 14 days in advance for your order to be delivered. Usually between 8am-9pm. |
| Next day | £4.75 | Available on orders placed before 2.30pm. Orders placed after 2.30pm Mon - Fri or anytime Sat/Sun will not be delivered next day. The earliest delivery date for these orders will be shown at the checkout. Next day delivery is not available on medicines, these are shown with the green pharmacy cross symbol. Usually delivered between 8am -8pm. |
| Saturday | £5.50 | Usually delivered between 7am-1pm. |
| BFPO | £6.00 | Orders must not contain aerosol products or bulky/heavy items. For more information click here. |
| Heavy/bulky items | £5.50 | Orders containing bulky/heavy items are not available for free delivery or collect from store and are usually delivered within 5 working days. |
| Super heavy items (over 50kg) | £12.99 | Orders containing super heavy items are not available for free delivery or collect from store. Normally these items will be delivered to you within 5 working days, but for large items you may be contacted by the supplier to arrange a mutually convenient delivery date and time. |

Back to top

# APPENDIX 3

The Doctor Brand « essjay23x                                           Page 1 of 18

# essjay23x

A Sincere but Light-Hearted Mission To Make More of Myself!

## The Doctor Brand.

with 27 comments

### The Doctor Brand.



This is it!

The Blemish Relief Kit from **The Doctor Brand** is going to be the **last** product I purchase solely to try and heal my skin.



Hopefully I won't need to buy any more products anyway because The Doctor Brand works some magic but if not, then it will be time for my wake up call. I will have to relax and accept that I have tried so many products and now, it is nature's turn.

*Oh but . . l*

The Doctor Brand. « essjay23x                                                     Page 2 of 18

However, *deep breath* because The Doctor Brand sounds promising (*but then what skincare doesn't?!*).



It works a bit like the Clinique, three products and three steps. There is the **Purifying Cleanser**, the **Pore Clearing Gel** and the **Oil free soothing lotion**. These products have been designed by doctors, each a specialist in different areas. One doctor was a dermatologist(skincare), one a endocrinologist (hormonal changes) and one a nutritionist (who knows a lot about antioxidants, nutrients and anti-inflammatory ingredients). I think this kit has been billed along the lines as *treatment from the doctor without a prescription*. I have to admit this attracted me to the products as did the fact that these products are sulfate-free, paraben-free and antioxidant.

Interestingly for a blemish relief kit, none of these products contain Benzoyl Peroxide. Now Benzoyl Peroxide is meant to be a super spot fighter but it can also dry the skin so I'm quite excited about going in to battle without it!

I purchased this kit in Boots for £19.96. There was 1/3 off. It is normally £29.95. I guess this is an expensive product and I was tempted to get the Clean and Clear Advantage Spot Control kit (which has earnt very positive reviews on the Boots website) instead for £12.99 but I am kind of fed up of chemicals and "spot fighting technology" and in fact, I was actually put off by the claim that 100% of people had clearer skin within 24 hours. I wish! It just sounded too good to be true.

Clean and Clear also billed itself as a treatment for teenage skin and as much as I would love to believe my skin problems (*if I have to have such problems*) are due to the fact that my skin is young for its age, I'm in my late twenties and maybe it is more appropiate that I should be investing in my aging (*let's have an immature eurgh!*) skin.

So let's see what happens, fingers crossed!

You can find out more about The Doctor Brand at http://doctorbrand.com/

Have any of you heard of or used The Doctor Brand?



  FEATURED ON ECOPRESSED
A sand box for low energy building tech

Eco World Content From Across
The Internet.

# APPENDIX 4

Acne isn't just a problem for teens, more women are suffering... but help is at hand | Mail ...   Page 1 of 5

# **Mail** Online

## Spot of bother: Acne isn't just a problem for teens, more women are suffering... but help is at hand

By Anjana Gosai

Last updated at 10:10 AM on 17th January 2011

Like 62



© Getty Images

**Pimple wars: Acne can strike at any age**

Acne can be the bane of our teenage years — plaguing our puberty before settling down in our 20s.

Or, rather, that's how it used to be. Today, spots are no longer just a problem for adolescents.

A recent study found that more than half of UK women over 30 struggle with blemishes.

Experts say our busy lives have sent levels of the stress hormone cortisol soaring, pushing oil production into overdrive.

'Acne is caused by the sebaceous glands producing more oil,' says consultant dermatologist Dr Susan Mayou. 'Excess sebum is trapped by dead skin cells, which clog pores, so blocked bacteria then reacts with the grease, forming spots.'

And adult spots can be even more severe, consisting of red, painful deep cysts not just on the face but on the body, too.

Acne isn't just a problem for teens, more women are suffering... but help is at hand | Mail ...    Page 2 of 5

These flare-ups can dent our confidence and make us depressed. But the good news is even severe adult acne can be cleared.

## DAILY SPOT FIGHTING

Mild or moderate acne consists of blackheads, whiteheads or tender red bumps and is easily treatable.

Products containing pore-unplugging salicylic acid have been proven to reduce spots. The Doctor Brand Blemish Relief range (boots.com) has a cleanser, pore-clearing gel, spot eliminator and soothing lotion, formulated with salicylic and glycolic acid to clear blocked follicles.

Ren ClearCalm3 Anti Blemish Clay Cleanser (£18, renskincare.com) has antibacterial honey, salicylic acid and zinc to reduce breakouts. Launching next month is Avene Triacneal (£23, avene.co.uk), which contains efectiose, an anti-irritation ingredient that mimics rhamnose, a naturally-occurring anti-inflammatory.

Dr Mayou says: 'One great over-the-counter ingredient is benzoyl peroxide. It causes the top layer of skin cells to shed, unblocking the sebaceous glands, combating black and whiteheads.'

Choose creams with concentrations of 2.5 to 5 per cent — anything higher can be drying.

For sensitive skin try Medik8 Acne Treatment Kit (£34, skinbrands.co.uk) — a gel and spot balm with milder ingredients, such as decongesting azelaic acid and soothing camphor oil.

Pimpled skin is usually inflamed, so calming masks can combat this. Also try Kate Somerville Clearing Mask (£42, spacenk.co.uk), which uses toxin-clearing bentonite clay, exfoliating phytic acid and B vitamins.

## HIGH-TECH OPTIONS



**Effective: The Dermaroller pinpricks skin so it then repairs itself**

For acne that does not respond to creams and medications, try a professional treatment. Isolaz (£160, sknclinics.co.uk) is a ten-minute session, in which a vacuum sucks congestion out of the pores, then a blast of laser light kills bacteria.

While the N-lite laser (£250, theprivateclinic.co.uk) uses a yellow light to destroy pimple-causing bacteria and rebuild collagen.

To heal scars, collagen production must be stimulated. The Fraxel Dual laser (from £2,000, fraxel.com) penetrates the dermis to do this and create fresh tissue.

Skin needling treatments, such as the Genuine Dermaroller (from £250, genuinedermaroller.co.uk), involves 'injuring' the skin with lots of tiny pinpricks, so encouraging the natural repair process, which can also help.

## BODY ACNE BUSTERS

# APPENDIX 5





RSS Feeds

Login  Register

Articles & Issues    CME    Collections by Type    For Authors    Journal Info    Resources    Subscribe    AAD    More Periodicals

Search for                    in  All Fields              Go  Advanced Search

« Previous

Journal of the American Academy of Dermatology
Volume 58, Issue 1 , Pages 56-59, January 2008

Next »

Print or Share This Page

Access this article on
SciVerse ScienceDirect

# The prevalence of acne in adults 20 years and older

Christin N. Collier, BS, Julie C. Harper, MD, Wenquan Wang, CRNP, Wenquan Wang, PhD, K. Wade Foster, MD, PhD, Boni E. Elewski, MD

published online 18 October 2007

Abstract    Full Text    PDF    Images    References

**Article Tools**

Download Images*

Email Abstract

Add to My Reading List

Rights/Permissions

Request Reprints

Related Articles

(29) Cited in Scopus

Export Citation

Create Citation Alert

* Image Usage & Resolution

## Background
Acne, one of the most common skin diseases, is often mistakenly thought to affect exclusively the teenaged group. However, a significant number of patients either continue to experience acne or develop new-onset acne after the teenaged years.

## Objective
A survey was designed to assess the prevalence of acne in the teenaged years, and aged 20 to 29 years, 30 to 39 years, 40 to 49 years, and 50 years and older.

## Methods
Adults aged 20 years and older were asked to complete surveys distributed at various sites on our university campus and medical complex.

## Results
Of 1013 participants aged 20 years and older, 73.3% (n = 744) reported ever having acne. After the teenaged years, women were more likely to report having acne than men, with the difference being statistically significant in all age groups. The prevalence of acne reported in women versus men was as follows: 20 to 29 years, 50.9% (n = 276) versus 42.5% (n = 201) ($P$ = .0073); 30 to 39 years, 35.2% (n = 152) versus 20.1% (n = 73) ($P$ < .0001); 40 to 49 years, 26.3% (n = 93) versus 12.0% (n = 36) ($P$ < .0001); and 50 years and older, 15.3% (n = 41) versus 7.3% (n = 18) ($P$ = .0046).

## Limitations
Our results are based on the participant's own perception of the presence or absence of acne rather than a clinical evaluation.

## Conclusions
Acne continues to be a common skin problem past the teenaged years, with women being affected at higher rates than men in all age groups 20 years or older.

To access this article, please choose from the options below

Login   Register
Login to an existing account or Register a new account.

Purchase this article for 31.50 USD (You must login/register to purchase this article)
Online access for 24 hours. The PDF version can be downloaded as your permanent record.

Subscribe to this title
Get unlimited online access to this article and all other articles in this title 24/7 for one year.

Claim access now
For current subscribers with Society Membership or Account Number.

Visit SciVerse ScienceDirect to see if you have access via your institution.

# APPENDIX 6

Acne & Prevalence | LIVESTRONG.COM                                        Page 1 of 3

LIVESTRONG.COM BLOG SHARE YOUR TRANSFORMATION!                    Lance Armstrong Foundation   | LOGIN | REGISTER

EAT HEALTHY        GET FIT        BE INSPIRED        START TRACKING                            SEARCH

Home › Skincare & Beauty › Acne › Aging Skin & Acne › Acne & Prevalence

## Acne & Prevalence

POST A COMMENT | PRINT   Add to Favorites      Like ·    Send ·                0



**Overview**
Acne affects people across a wide range of ages, but its prevalence peaks among 18-year-olds. The unfortunate irony is that you are more sensitive about the way you look during the teenage years than at any other time in your life. Acne is treatable, however, and because it is so common, researchers know a lot about who gets affected, when and why.

**Acne Affects Nearly Everyone**
In the medical journal "The Lancet," New York dermatologists describe the condition as "an extremely common skin disorder that affects virtually all individuals at least once during life."

Acne & Prevalence
Neutrogena ® skinID® Your Personalized Acne Solution. Take Your Free skinID® Evaluation  www.skinID.com

**Acne in Teenagers**
Approximately 80 percent of teenagers get acne, mostly due to hormonal changes. Specifically, testosterone--a sex hormone--rises sharply in adolescence and increases the production of sebum, an oily substance at the base of hairs that plays a central role in the formation of acne lesions.

**Acne in Adults**
Acne is mainly a condition of adolescence, and older groups are much less affected. Adults do still suffer the problem, however.

In a UK study of 749 people aged 25 or older, 40 percent of men and 54 percent of women were affected to some degree; rates fell steadily with age. Less than 10 percent of people over 45 had acne in a study of 2,000 adults published in the April 27, 1998, issue of the "British Medical Journal."

**Sex Differences**
During adolescence, acne tends to be more common among boys than in girls, occurring among an estimated 95 to 100 percent in 16- to 17-year-old boys and 83 to 85 percent of 16- to 17-year-old girls.

This difference reverses in people older than 20 years, when women suffer a higher prevalence than men. A survey of more than 1,000 adults by Alabama researchers found that women in all age groups reported acne in higher numbers than the men did. The results, published by the American Academy of Dermatology, showed that one and a half times as many women as men aged 30 to 39 years reported acne, a difference that doubled in age groups older than 40.

**Prevalence of Severe Acne**
A survey of almost 21,000 skin examinations in the U.S. showed that, among people aged 15 to 44 years who had acne, 1.9 percent of cases in women and 4.3 percent in the men were "severe." The results were published in the "Journal of the American Academy of Dermatology" in June 1992. The study defined severe acne as infected cystic acne, which causes scarring.

**Misconceptions**
Dr. Greg Goodman, a community medicine specialist, writes in an Australian medical journal that people with acne--and those around them--put too much blame on other factors such as diet, weight, cleanliness, sexual activity and even hairstyles, causing undue guilt or shame.
Remove pimples overnight With Happy Me Skincare's Overnight Pimple Eliminator at Duane Reade www.happymeskincare

Now Laser Resurfacing, NY Clear, Young Skin with No Downtime By Top NY Derm, Seen on ABC, CBS www.pRaniMD.com

"I Don't Have Acne" Find Out What Product Made My Acné Disappear Fast From Home! Start Now Ginale'sSkinCare.com/Clear

Erase Acne Scars Remove Embarrassing Scars & Spots With ZenMed®'s Scar Repair System! ZENMED.com/Scars
References

Related Videos

Sponsored Links

<div style="float:right">HOW TO SAY SUCCESS

APPLY NOW

GET A DECISION IN 60 SECONDS
advertisement</div>

# APPENDIX 7

doctor brand - Google Search          Page 1 of 2

Web  Images  Videos  Maps  News  Shopping  Gmail  more ·       videogamesaddict@gmail.com ·



doctor brand        [Search]

About 169,000,000 results (0.10 seconds)    Advanced search

Everything
Images
Videos
News
Shopping
More

Hartsdale, NY
Change location

Any time
Past hour
Past 24 hours
Past week
Past month
Past 3 months
Past year
Custom range...
More search tools

**Dr Brandt Skin Care - Anti-Aging - Reduce Pores, Lines and Dark ...**
Dr. Brandt's Anti-Aging Skin Care is formulated to reduce fine lines, wrinkles, pore size, acne, and dark spots for flawless, ageless looking skin.
www.drbrandtskincare.com/ - Cached - Similar

**The DoctorBrand**
The Doctor Brand® gives you high performance ingredients in formulas originally created under the supervision of a specialised panel of doctors - now ...
thedoctorbrand.bathandunwind.com/ - United Kingdom - Cached
You visited this page.

**Beauty confidential: Can you trust doctor skincare brands? | Mail ...**
Oct 11, 2007 – You'll have seen their skincare products on the beauty counters, promising medically endorsed solutions to those most worrying ageing ...
www.dailymail.co.uk/.../Beauty-confidential-Can-trust-doctor-skincare-brands.html - Similar
You visited this page.

**Herbal Doctor Brand Skin Care .**
We have revealed thousand years old ancient Chinese Herbal Doctor external remedies to save you expensive dermatologist visit and expensive cosmetic costs.
www.herb-doc.com/beauty.htm - Cached - Similar

**Guest Review: Doctor Brand Blemish Relief Kit | Lipglossiping**
May 3, 2011 – This week, Lucy from Miss Lucy Loves is bringing us her guest review on the Doctor Brand Blemish Relief Kit which promises to be a simple, ...
www.lipglossiping.com/.../guest-review-doctor-brand-blemish-relief-kit/ - Cached

**The Doctor Brand Blemish Relief Starter Kit - Boots**
The Doctor Brand Blemish Relief Starter Kit . Detailed product info, read reviews, buy online and earn advantage points. The Doctor Brand Blemish Relief.
www.boots.com/:.../The-Doctor-Brand-Blemish-Relief-Starter-Kit_1110503/ - United Kingdom - Cached - Similar

**The Doctor Brand. « essjay23x**
Aug 6, 2010 – The Blemish Relief Kit from The Doctor Brand is going to be the last product I purchase solely to try and heal my skin. ...
essjay23x.wordpress.com/2010/08/06/the-doctor-brand/ - Cached - Similar

http://www.google.com/search?hl=en&source=hp&biw=995&bih=588&q=doctor+brand&...  7/18/2011

doctor brand - Google Search                                                    Page 2 of 2

**The Doctor's® Night Guard ™ - Protection from Teeth Grinding ...**
The Doctor's® NightGuard™ Advanced Comfort™ Dental Protector takes the pressure off your teeth, and fights Bruxism while you sleep. More protection.
www.doctorsnightguard.com/ - Cached - Similar

**Doctor's Brand Bologna**
Gentle taste, with the subtle hint of nutmeg; the natural casing preserves the exquisite taste of this sausage.
europeandelightskc.com/DoctorsBrandBologna - Cached

**Shock Doctor Brand Overview | STACK TV**



May 10, 2011
Jay Turkbas, senior VP of product development for Shock Doctor, tells of the company.
stacktv.stack.com/...Doctor...and.../Shock-Doctor-Brand-Overview.html

More videos for doctor brand »

1 2 3 4 5 6 7 8 9 10     **Next**

doctor brand     | Search |

View customizations     Search Help
Give us feedback

Google Home     Advertising Programs
Business Solutions     Privacy     About Google

Ads

**Doctor Website Design**
Custom & Professional Websites Marketed for Doctors
www.scorpionmedical.com

**Dr.brandt**
Dr. Brandt Technologically Advanced Skincare at Sephora. Free Samples!
sephora.com is rated ★★★★★
www.sephora.com/Dr.Brandt

**Marketing Your Practice**
Promoting Your Practice Online Contact Us For A Free Site Audit
www.techwyse.com/HealthCare

**Doctor marketing**
1 (877) 812 3090
Download the "7 Deadly Sins of Healthcare Marketing." Free Report.
www.healthcaresuccess.com

**HealthCare Marketing Grp.**
Boutique, Full-Service Medical Marketing Firm for Practice Success
www.healthcaremarketinggroup.com

**Doctor Of Business Admin**
Earn Dr. of Business Administration Teach Others to Succeed in Business
www.georgefox.edu

**Doctor Brand**
Find Doctor Brand.
Shop at Target Online or In-Store.
www.target.com

**Medical Marketing**
We are experts in Medical Device Marketing. Learn our Capabilities.
www.hcbhealth.com

See your ad here »

doctor brand - Google Search                                                    Page 1 of 2

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                        jon.e.gale@gmail.com ▾

**Google**          | doctor brand                        ✕ |         Advanced search
                    About 189,000,000 results (0.12 seconds)

Everything

Images

Videos

News

Shopping

More

Fort Lauderdale,
FL 33324
Change location

Any time
Past hour
Past 24 hours
Past week
Past month
Past 3 months
Past year
Custom range...

More search tools

▸ **Doctor Website Design - Custom &**                          Ad
  **Professional Websites**
  www.scorpionmedical.com
  Marketed for Doctors

**Dr Brandt Skin Care - Anti-Aging – Reduce Pores,**
**Lines and Dark ...**
www.drbrandtskincare.com/ - Cached
Dr. Brandt's Anti-Aging Skin Care is formulated to reduce
fine lines, wrinkles, pore size, acne, and dark spots for
flawless, ageless looking skin.

**The Doctor Brand. « essjay23x**
essjay23x.wordpress.com/2010/08/06/the-doctor-
brand/ - Cached
Aug 6, 2010 – The Blemish Relief Kit from The Doctor
Brand is going to be the last product I purchase solely to try
and heal my skin. ...

**The DoctorBrand**
thedoctorbrand.bathandunwind.com/ - United
Kingdom - Cached
The Doctor Brand® gives you high performance
ingredients in formulas originally created under the
supervision of a specialised panel of doctors - now ...

**Herbal Doctor Brand Skin Care .**
www.herb-doc.com/beauty.htm - Cached
We have revealed thousand years old ancient Chinese
Herbal Doctor external remedies to save you expensive
dermatologist visit and expensive cosmetic costs.

**Guest Review: Doctor Brand Blemish Relief Kit |**
**Lipglossiping**
www.lipglossiping.com/.../guest-review-doctor-brand-
blemish-relief... - Cached
May 3, 2011 – This week, Lucy from Miss Lucy Loves is
bringing us her guest review on the Doctor Brand Blemish
Relief Kit which promises to be a simple, ...

**The Doctor Brand Blemish Relief Starter Kit -**
**Boots**
www.boots.com/.../The-Doctor-Brand-Blemish-Reli... -
United Kingdom - Cached
The Doctor Brand Blemish Relief Starter Kit . Detailed
product info, read reviews, buy online and earn advantage
points. The Doctor Brand Blemish Relief.

**Beauty confidential: Can you trust doctor skincare**
**brands? | Mail ...**
www.dailymail.co.uk/.../Beauty-confidential-Can-trust-doctor
-skincare- ...
Oct 11, 2007 – You'll have seen their skincare products on
the beauty counters, promising medically endorsed solutions
to those most worrying ageing ...

Ads

**Doctors In Miami Fla**
doctorsmiami.miamiurgentcare.com
Expert Compassionate Miami Doctor
Be Seen Today Call 305 494 0535
2846 SW 37th Ave, Miami, FL 33133

**Dr.brandt**
www.sephora.com/Dr.Brandt
sephora.com is rated ★★★★★
Dr. Brandt Advanced Skincare.
Free Samples, Shipping & Offers.

**Fort Lauderdale Doctors**
www.yellowpages.com
Find Fort Lauderdale Physicians
Surgeons, Family Practitioners.

**Doctor Brand**
www.target.com
Find Doctor Brand.
Shop at Target Online or In-Store.

See your ad here »

doctor brand - Google Search                                        Page 2 of 2

The Doctor's® Night Guard ™ - Protection from
Teeth Grinding ...
www.doctorsnightguard.com/ - Cached
The Doctor's® NightGuard™ Advanced Comfort™ Dental
Protector takes the pressure off your teeth, and fights
Bruxism while you sleep. More protection.

Doctor's Brand Bologna
europeandelightskc.com/DoctorsBrandBologna - Cached
Gentle taste, with the subtle hint of nutmeg; the natural
casing preserves the exquisite taste of this sausage.

Shock Doctor Brand Overview | STACK TV

stacktv.stack.com/...Doctor...and.../Shock-
Doctor-Brand-Overview.html
May 10, 2011
Jay Turkbas, senior VP of product
development for Shock Doctor, tells of the
company.

More videos for doctor brand »

1 2 3 4 5 6 7 8 9 10      Next

Search Help     Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

http://www.google.com/search?source=ig&hl=en&rlz=1G1GGLQ_ENUS363&q=doctor+...   7/18/2011

the dr. brand - Google Search                                          Page 1 of 3

Web  Images  Videos  Maps  News  Shopping  Gmail  more ·          videogamesadict@gmail.com ·

 **Google**

the dr. brand                          [ Search ]

About 648,000,000 results (0.10 seconds)     Advanced search

**Everything**

Images

Videos

News

Shopping

Places

More

Hartsdale, NY
Change location

**All results**
Related searches
Nearby

More search tools

Danbury Orthopedic Association
DORTHO.COM Dr. Brand Sports ...
News Articles: Dr Brand along with a certified team of
trainers introduces a preseason program to lessen the
likelihood of injury to knees. (pdf) ...
www.dortho.com/brand.htm - Cached - Similar

Dr Brandt Skin Care - Anti-Aging – Reduce
Pores, Lines and Dark ...
Dr. Brandt's Anti-Aging Skin Care is formulated to
reduce fine lines, wrinkles, pore size, acne, and dark
spots for flawless, ageless looking skin.
www.drbrandtskincare.com/ - Cached - Similar

The DoctorBrand
The Doctor Brand® gives you high performance
ingredients in formulas originally created under the
supervision of a specialised panel of doctors - now ...
thedoctorbrand.bathandunwind.com/ - United
Kingdom - Cached
You visited this page.

Places for the dr. brand near Hartsdale, NY

Dr. Renee P. Brand, MD - 2 reviews - Place page
maps.google.com - 3765 Riverdale Avenue,
Bronx - (718) 548-7300

Adult & Adolescent Psychiatry: Brand Richard
MD - 1 review - Place page
maps.google.com - 120 North Main Street #204,
New City - (845) 638-2626

Brand Wellness Center: Brand Idelle DDS -
16 reviews - Place page
www.thebrandwellnesscenter.com - 19 W 34th St
# 1022, New York - (212) 947-0073

Murray Hill Dermatology Associates: Brand Rena
S MD - 4 reviews - Place page
maps.google.com - 345 E 37th St # 307, New
York - (212) 532-5355

Academic Dermatology: Brand Rena S MD -
3 reviews - Place page
maps.google.com - 4277 Hempstead Tpke # 206,
Bethpage - (516) 731-5505

Danbury Orthopedic Associates: Brand Michael G.
MD - 1 review - Place page
www.dortho.com - 226 White Street, Danbury, CT -
(203) 797-1500

Dr. Howard A. Brand, MD - Place page
soundendo.com - 2500 Nesconset Hwy # 3C,
Stony Brook - (631) 751-2400

More results near Hartsdale, NY »

the dr. brand - Google Search                                    Page 2 of 5

Dr. William B Brand & Associates/ Vision
One - Home
My associate , Dr. M. Burger has performed Lasik on
over 56000 eyes using the latest technology and has
made more patients see 20/20 than anyother **doctor**
in ...
www.drwilliambrand.com/ - Cached - Similar

Montgomery Invisalign Orthodontist | Dr.
David J. Brand
**Dr. Brand** has a Bachelor of Science degree from
Auburn University and a Certificate in Orthodontics
from Fairleigh Dickinson University.
www.drbrand4braces.com/doc.html - Cached

The Doctor Brand. « essjay23x
Aug 6, 2010 – The Blemish Relief Kit from **The Doctor
Brand** is going to be the last product I purchase solely
to try and heal my skin. ...
essjay23x.wordpress.com/2010/08/06/the-doctor-
brand/ - Cached - Similar

Paul Wilson Brand - Wikipedia, the free
encyclopedia
Dr. Paul Wilson **Brand**, CBE (July 17, 1914 - July 8,
2003) was a pioneer in developing tendon transfer
techniques for use in the hands of those with leprosy.
...
en.wikipedia.org/wiki/Paul_Wilson_Brand - Cached -
Similar

Dr. Murray Brand, DO, Philadelphia, PA -
Family Practice
Dr. Murray **Brand**, DO, Philadelphia, PA, Family
Practice. Get a FREE Background Report on **Dr.
Brand**. View ratings, complaints, credentials, and
detailed ...
   Show map of 7524 Frankford Avenue, Philadelphia,
PA 19136-3533
www.healthgrades.com › Find a Physician › Search
Results - Cached - Similar

Author Dr. Dana Brand to Discuss "Last
Days of Shea" - Library News
Jan 26, 2010 – Dr. Dana **Brand**, author of The Last
Days of Shea: Delight and Despair in the Life of a Mets
Fan, will speak at Greenwich Library on Tuesday, ...
www.greenwichlibrary.org/.../author-dr-dana-brand-to-
discuss-last-days-of-shea.html - Cached

Amazon.com: In the Likeness of God: The
Dr. Paul Brand Tribute ...
The human body is a likeness of God, its design
revealing insights into the church, the 'body of Christ'
For bestselling author Philip Yancey, the late **Dr. ...**
www.amazon.com › ... › Christianity › Christian Living -
Cached - Similar



Ads

**Dr.brandt**
Shop the Dr. Brandt Boutique.
Free Samples, Shipping & Offers.
sephora.com is rated ★★★★★
www.sephora.com/DrBrandt

Dr Brandt at Space NK
High Quality Beauty Products -
Space NK, The Beauty Specialists
www.spacenk.com

Ask a Dr Online Now
17 Doctors Are Online.
Medical Answers Today: 213.
medical.justanswer.com

Buy Dr. Brandt® Online
Wide Variety Of Dr. Brandt® Beauty
Products. Free Shipping Over $49.
skinstore.com is rated ★★★★★
www.skinstore.com/DrBrandt

Dr. Brandt: 20% Off+$20
20% Storewide+Free $20 Pore Cleaner
Free Shipping + 5% Reward Points.
www.essentialdermcare.com/Dr.-Brandt

See your ad here »

1  2  3  4  5  6  7  8  9 10        Next

the dr. brand - Google Search                                        Page 1 of 2

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                          videogamesadict@gmail.com ▾



the dr. brand                    Search

Page 2 of about 648,000,000                    Advanced search
results (0.14 seconds)

Everything
Images
Videos
News
Shopping
Places
More

Hartsdale, NY
Change location

All results
Related searches
Nearby
More search tools

**Dr.brandt | Sephora.com**                                    Ad
Shop the Dr. Brandt Boutique. Free Samples,
Shipping & Offers.
www.sephora.com/DrBrandt - sephora.com is rated
★★★★★304 reviews

5 Free Minis! Code: FIVE4U    Sale
Free Samples                  Weekly Specials

**The Dr Brand – Buy online at Boots**
Buy The Dr Brand online at Boots. Detailed product
info, read reviews, buy online, home delivery or collect
in store, plus earn Boots Advantage Card points.
www.boots.com/en/...Brands.../The-Dr-Brand/ -
United Kingdom - Cached - Similar

**Ventura County Diabetes Doctor, Dr Richard
Brand Diabetes Center**
Dr. Richard Brand is Ventura County's Diabetes
specialist with 30 years experience and a diabetic
himself.
www.drbranddiabetes.com/ - Cached

**Dr R Brand Vitamins | Facebook**
Dr R Brand Vitamins - "Nutrition that works from
doctors who care." | Facebook.
www.facebook.com/pages/Dr-R-
Brand.../135018906575885 - Cached

**doctorrbrand.com; Doctor R Brand;
doctorrbrand; Dr. Steven Rosenblatt**
"Here, in the coming months, you'll have access to my
full line of new high-end wellness & Support
supplements under the Dr. R Brand, previews of
my ...
www.doctorrbrand.com/ - Cached - Similar

**Dr. Brand Addresses IOM Committee -
YouTube**

10 min - Mar 9, 2010 -
Uploaded by HRSAtube
HRSA Deputy Administrator Dr. Marcia
Brand addresses the Committee on
Oral Health Care Access of the
Institute of Medicine at a hearing ...
www.youtube.com/watch?
v=bQ6tPBOOwdw

More videos for the dr. brand »

**Guest Review: Doctor Brand Blemish Relief
Kit | Lipglossiping**
May 3, 2011 – This week, Lucy from Miss Lucy Loves
is bringing us her guest review on the Doctor Brand
Blemish Relief Kit which promises to be a simple, ...

http://www.google.com/search?q=the+dr.+brand&hl=en&prmd=ivnscm&ei=2fUITvD-LIf...  7/19/2011

the dr. brand - Google Search                                    Page 2 of 2

www.lipglossiping.com/.../guest-review-doctor-brand-
blemish-relief-kit/ - Cached

**Dr. Brand - Enlightened Dentistry**
The Brand Wellness Center 19 West 34th Street Suite
1022. New York, New York 10001 212 947-0073 ... Dr.
Brand will need to confirm you as a friend ...
thebrandwellnesscenter.webs.com/apps/profile/63611537/
- Cached

**The Doctor Brand: Skincare For Spot &
Blemish-Prone Skin | Beaut.ie**
Oct 12, 2010 – I can't count the number of
communikays we get from gals drowning in the oil slick
on their skins. But it must be literally five or six!
beaut.ie/.../the-doctor-brand-skincare-for-problem-
blemish-prone-skin/ - Cached

**Dr. Patricia Brand - Bio**
Dr. Patricia Brand, ND – Naturopathic Medicine and
Wellness. (403)243-6610 apt 211, 5005 Elbow Dr SW,
Calgary AB. Home - About Naturopathic Medicine -
About ...
www.drpatriciabrand.com/bio.html - Cached - Similar

**Dr. Brand, Benjamin David (Faculty Profile)**
Aug 3, 2010 – Dr. Benjamin David **Brand**. Assistant
Professor-Music History, Theory and Ethnomusicology.
Contact address 415 Avenue C, Denton, TX 76201 ...
faculty.unt.edu/editprofile.php?pid=1067&onlyview=1 -
Cached - Similar

Previous       1  2  3  4  5  6  7  8  9  10 11       Next

| the dr. brand | Search |

Search Help      Give us feedback

Google Home      Advertising Programs
Business Solutions      Privacy      About Google